1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-163 JCM (GWF) |
| Plaintiff, | |
| v. | |
| CHRISTOPHER SANGALANG, ALFREDO FLORES, DEANDRE PATTON, ROD JONES, ROBERT WILLIAMS, DEREK JONES, | **ORDER** |
| Defendants. | |

Presently before the court is defendant Christopher Sangalang's motion to join (doc. #646) defendant Deandre Patton's supplement in support of the motion for a new trial (doc. #643).

Good cause being shown, the motion is granted.

IT IS SO ORDERED.

DATED this 18th day of April, 2012.

_James C. Mahan_
_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**