Case 2:08-cr-00163-JCM-GWF   Document 701   Filed 06/15/16   Page 1 of 2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | Case No. 2:08-cr-00163-JCM-GWF |
| ) | |
| vs.    ) | **ORDER** |
| ) | |
| CHRISTOPHER SANGALANG,    ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

This matter is before the Court on Defendant's Motion for Appointment of Counsel (ECF No. 700), filed on June 13, 2016.

Defendant moves for the appointment of counsel to examine his case and determine if the recent Supreme Court holding in *United States v. Johnson*, 135 S.Ct. 2551 (2015) would allow him to receive a reduced sentence or an early release date.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Appointment of Counsel (ECF No. 700) is **granted**.

**IT IS FURTHER ORDERED** that the Federal Public Defender is appointed as counsel to represent the Defendant unless the Federal Public Defender declines the appointment, on the basis of a conflict, no later than fourteen (14) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall distribute a copy of the document filed by the Defendant to the Federal Public Defender, the United States Attorney, and the U.S. Probation Office forthwith.

**IT IS FURTHER ORDERED** that the Federal Public Defender shall, within one hundred twenty (120) days of this Order, file any appropriate motion or stipulation.

. . .

. . .

**IT IS FURTHER ORDERED** that Defendant shall submit an updated financial affidavit, under seal, to establish that he cannot afford to retain private counsel.

**DATED** this 15th day of June, 2016.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge