**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-163 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| CHRISTOPHER SANGALANG, et al., | |
| Defendant(s). | |

Presently before the court is petitioner Deondre Patton's motion for leave to file supplemental authority regarding his reply to the second motion to vacate, set aside, or correct sentence. (ECF No. 726)

Also before the court is the government's motion for leave to file supplemental authority regarding its response to the same. (ECF No. 727).

Petitioner makes this request because he believes that pertinent, recent case law from this district would impact this court's consideration of whether the residual clause in 18 U.S.C. § 924(c) is void due to the Supreme Court's ruling in *Johnson v. United States*, 135 S. Ct. 2551 (2015), regarding the Armed Career Criminal Act's residual clause. (ECF No. 726).

The government makes its request to also offer decisions—from other jurisdictions— holding contrary to petitioner's argument. *See* (ECF No. 727).

Local Rule 7-2(g) provides that "[s]upplementation prohibited without leave of court. A party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause." The court finds good cause to grant both of these motions.

. . .

Accordingly,

IT IS HEREBY ORDERED that both motions presently under review (ECF Nos. 726, 727) be, and the same hereby are, GRANTED.

DATED August 1, 2017.

_____
UNITED STATES DISTRICT JUDGE