UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-163 JCM (GWF) |
| Plaintiff(s), | RECALCULATION |
| v. | |
| CHRISTOPHER SANGALANG, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Patton*, case no. 2:08-cr-00163-JCM-GWF.

On July 11, 2018, the court re-sentenced defendant to 120 months incarceration. The parties anticipate that, in light of defendant's amended sentence and the amount of time he has already served, he is eligible for immediate release from the Bureau of Prisons. The court requests the Bureau of Prisons to process defendant's sentence recalculation as quickly as possible.

DATED July 11, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**